# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VU TRONG LE,<br><br>       Petitioner,<br>  v.<br><br>PATRICIA H. HYDE et al.,<br><br>       Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:26-cv-01156-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is GRANTED.  Respondents SHALL release Petitioner from custody subject to reasonable conditions of supervision and SHALL provide the Court with a declaration confirming Petitioner was released from custody. Petitioner's removal to Palau is PROHIBITED and STAYED.  Should Respondents seek to remove Petitioner to a country other than Vietnam, Respondents SHALL move to reopen Petitioner's removal proceedings to allow Petitioner to present a full claim for relief under 8 U.S.C. § 1231(b)(3).

Dated May 4, 2026.

Joshua C. Lewis
Clerk of Court

s/Michael Williams
Deputy Clerk